UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,           Case No.: 15-cr-20283

v.

JENNIFER FRANKLIN, D-2,

           Defendant.
_____/
RAYMOND A. CASSAR (P36875)
Attorney for Defendant Franklin
30445 Northwestern Hwy., Ste. 220
Farmington Hills, MI 48334
(248) 855-0911; Fax (248) 855-9523
ray@crimlawattorney.com
_____/

## APPEARANCE

To:    Clerk of the Court
        United States Eastern District Court
        Theodore Levin US Courthouse
        231 W. Lafayette Blvd.
        Detroit, MI 48226

Please enter my appearance as Attorney on behalf of the above named Defendant, JENNIFER FRANKLIN.

                                        /s/ RAYMOND A. CASSAR
                                        RAYMOND A. CASSAR (P36875)
                                        Attorney for Defendant Franklin
                                        30445 Northwestern Hwy., Ste. 220
                                        Farmington Hills, MI 48334
                                        (248) 855-0911; Fax (248) 855-9523
                                        ray@crimlawattorney.com

Dated: March 15, 2016