UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                            Case No. 15-20283-02
vs.                                   HON. GEORGE CARAM STEEH

D-2 JENNIFER FRANKLIN,

        Defendant.
_____/

ORDER GRANTING DEFENDANT'S MOTION TO
EXTEND PRETRIAL MOTION CUT OFF DATES (DOC. 168)

      This matter is presently before the Court on defendant Jennifer Franklin's motion to extend the pretrial motion cut-off date. (Doc. 168). Franklin's counsel sought concurrence with the Government, but the parties could not reach an agreement. Franklin asks the Court to grant a continuation of the motion cut off deadline until all discovery is reviewed. Franklin seeks such relief based on information provided by the Government on February 15, 2017, that discovery was not yet complete.

      The Government responds that the discovery most recently produced, that captured by the Michigan Automated Prescription System (MAPS), has been in Franklin's possession since March 28, 2016. The Government also asserts that the remaining pending discovery pertaining

to the wiretaps of defendant Boris Zigmond's and Rodney Knight's phones does not relate to Franklin.  Therefore, the Government reasons that Franklin does not need a lengthy extension like that stipulated to with Zigmond, Tara Marcia Jackson, Sashanti Morris, Anna Fradlis, Maryna Pitsenko, Svetlana Sribna, and Marina Jacobs on February 14, 2017 concerning "Zigmond's anticipated motion to suppress wiretaps."  (Doc. 148 at PageID 643).

The Court agrees with the Government.  Therefore, the Court will GRANT Franklin's motion, but only for a limited time period.

IT IS HEREBY ORDERED that Franklin's motion cut-off date is extended to March 15, 2017.

Dated:  March 1, 2017

> s/George Caram Steeh
> GEORGE CARAM STEEH
> UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 1, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---