UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              Case No. 15-20283
vs.                           HON. GEORGE CARAM STEEH

SVETLANA SRIBNA, *et al.*,

        Defendants.
_____/

ORDER GRANTING IN PART AND DENYING IN PART
DEFENDANT'S MOTION FOR PRODUCTION OF
<u>GOVERNMENT'S WITNESS LIST (DOC. 149)</u>

This matter is presently before the Court on defendant Svetlana Sribna's Motion for Production of the Government's Witness List. (Doc. 149). The Motion is joined by defendants Jennifer Franklin, Rodney Knight, Tara Jackson, Sashanti Morris, Anna Fradlis, and Maryna Pitsenko. Sribna requests that a list of Government witnesses be produced no later than thirty days prior to the start of trial. For the reasons stated below, Sribna's motion is GRANTED IN PART AND DENIED IN PART.

The Government does not need to reveal, before trial, the names of all witnesses who will testify unfavorably to the defense. *Weatherford v. Bursey*, 429 U.S. 545, 559-60 (1997). Local court practice, however,

requires parties to disclose their witness lists to the Court and opposing counsel one day before trial. The Court, therefore, HEREBY ORDERS the Government to provide opposing counsel with a list of witnesses one day before trial.

    IT IS SO ORDERED.

Dated: July 31, 2017

                                    s/George Caram Steeh
                                    GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on July 31, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk