UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                    Case No. 15-20283
vs.                                 HON. GEORGE CARAM STEEH

SVETLANA SRIBNA, *et al.*,

        Defendants.
_____/

ORDER DENYING DEFENDANT'S MOTION FOR DISCLOSURE AND
PRODUCTON OF CO-DEFENDANTS' STATEMENTS (DOC. 151)

This matter is presently before the Court on defendant Svetlana Sribna's Motion for Disclosure and Production of Co-defendants' Statements that the Government Will Present During Trial. (Doc. 151). The Motion is joined by defendants Jennifer Franklin, Rodney Knight, Tara Jackson, Sashanti Morris, Anna Fradlis, and Maryna Pitsenko. Sribna requests that the Court require the Government to disclose statements of her co-defendants' that may be used against her at trial. The Government responds that it recently finished disclosing "all statements of all defendants that were the result of Government interrogation that might be admissible against the defendant making the statement." (Doc. 186 at PageID 782). Sribna did not file a reply brief to contest this assertion. As a result,

Sribna's request is MOOT and, therefore, her motion is DENIED.  This Order, however, makes no ruling concerning the Government's use of these statements at trial.  Both parties agree that these statements may present a problem under *Bruton v. United States*, 391 U.S. 123 (1968).  If necessary, defendants may challenge the Government's use of these statements in a further motion or objection.

IT IS SO ORDERED.

Dated:  July 31, 2017

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 31, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk